insolvent, and utterly unable to pay the demand sought to be recovered by this action, though not actually discharged under the insolvent act, which was unknown to the plaintiff when the suit was commenced; and moved for leave to discontinue without costs.

*Gibbs*, in reply, said that the plaintiff should not be allowed to do this, after the defendant had appeared.

*Curia.* The plaintiff sues *en autre droit ;* and for the purposes of this motion stands on the same footing as an executor, who may discontinue without costs.(*a*) The motion must be granted.

Motion granted.

(<em>a</em>) Vid. <em>Phœnix, admr.</em> v. <em>Hill,.</em>(3 John. Rep. 249.)

UTICA,<br>Aug. 1825.

Henderson<br>v.<br>Ballantine.

---

HENDERSON <em>against</em> DAVID BALLANTINE AND<br>ALEXANDER JOHNSON.

IN replevin, the writ was against the defendants by their true names of David and Alexander; their attorney gave notice of retainer to the plaintiff's attorney; but had not otherwise taken any steps in the cause; and no appearance was entered. The count filed, and the copy served on the defendants' attorneys, were in the name of Andrew instead of Alexander Johnson, as one of the defendants; upon which the plaintiff's attorney took judgment by default.

A motion was now made to set the default aside as irregular, for this variance.

Default a-<br>gainst the de-<br>fendant, for<br>want of a plea,<br>set aside, for<br>variance be-<br>tween the <em>writ</em><br>and <em>count</em> in<br>the christian<br>name of one of<br>the defendants,<br>the <em>writ</em> being<br>Alexander and<br>the <em>count</em> An-<br>drew.

*S. R. Hobbie*, for the motion, cited Dunl. Pr. 236, 291, 400, 436; 1 Chit. Pl. 241, 249, 439; 12 John. Rep. 430; 1 B. & P. 105; 1 Dunl. Pr. 134, 163, 331, 2 id. 876, 882; 1 R. L. 92, 324; 1 Cowen's Rep. 210; 6 John. Rep. 328; 3 Caines' Rep. 96.

*S. Sherwood*, contra.

*Curia.* The motion must be granted for the variance between the writ and count.

Motion granted.